UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| SAM BRANUM on behalf of himself and others similarly situated, | ) ) ) | Case No. 4:18-cv-00032-SNLJ |
| Plaintiff, | ) ) | |
| v. | ) ) | In re: Dicamba Herbicides Litigation Case no. 1:18-md-02820-SNLJ |
| MONSANTO COMPANY, | ) ) ) | MDL 2820 |
| Defendant. | ) | |

### ORDER OF DISMISSAL

This matter is before the Court on plaintiff Sam Branum's Notice of Voluntary Dismissal Without Prejudice [Doc. 13] pursuant to Federal Rule of Civil Procedure 41(a)(1)(B).

**IT IS HEREBY ORDERED** that this action is **DISMISSED without prejudice**, with each party to bear their own attorney's fees and costs.

**IT IS FURTHER ORDERED** that the Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED** this 22nd day of September, 2025.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE