UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| IN RE: DICAMBA HERBICIDES LITIGATION | )<br>) | Case no. 1:18-md-02820-SNLJ<br>MDL 2820 |

## ORDER

The United States Judicial Panel on Multidistrict Litigation transferred this matter to this Court on February 1, 2018, for coordinated and consolidated pretrial proceedings. The parties reached a global settlement to resolve the soybean cases. All soybean settlement claims have been paid, and the cases dismissed.  The remaining cases were either settled individually, remanded to the transferor courts for trial, or dismissed. Today marked the dismissal of the last case.  As a result, all cases in this litigation are resolved, and the matter can now be closed.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall close this matter.  The Clerk shall send a copy of this order to the United States Judicial Panel on Multidistrict Litigation to inform them of the resolution of this matter.

Dated this 7th day of October, 2025.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE